**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-7317**

───────────────

LAMAR DORSEY,

Plaintiff - Appellant,

v.

SGT. BOLEN, Correctional Officer; JOHN DOE,

Defendants – Appellees,

and

WEST VIRGINIA DIVISION OF CORRECTIONS AND REHABILITATION,

Defendant.

───────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Thomas E. Johnston, Chief District Judge.  (2:21-cv-00222)

───────────────

Submitted:  October 31, 2023                    Decided: November 16, 2023

───────────────

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Lamar Nashawn Dorsey, Appellant Pro Se.  John P. Fuller, Suleiman O. Oko-ogua, BAILEY & WYANT, PLLC, Charleston, West Virginia, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamar Dorsey appeals the district court's order entering judgment in favor of Defendants following a jury trial on Dorsey's 42 U.S.C. § 1983 action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Dorsey v. Bolen*, No. 2:21-cv-00222 (S.D.W. Va. Oct. 19, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*